UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00900-SPG-RAO | Date | June 29, 2026 |
|---|---|---|---|
| Title | Board of Trustee of the California Ironworkers Field Pension Trust et al v. Jettsyn Iron | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

On June 2, 2026, Plaintiffs filed a Proof of Service, representing that Defendant Jettsyn Iron, through the Deputy Secretary of State authorized to accept service of process, was served with the Complaint, (ECF No. 1), Summons, (ECF No. 10), and Order Granting Plaintiffs' Application for Order to Serve California Secretary of State, (ECF No. 20), as well as other case initiating documents. (ECF No. 22). Defendant has not filed an answer or otherwise responded to the Complaint. However, Plaintiffs have not requested entry of default pursuant to Fed. R. Civ. P. 55(a).

Accordingly, Plaintiffs are ORDERED to show cause, in writing, on or before July 17, 2026, why this case should not be dismissed for lack of prosecution. *See Link v. Wabash* R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

: _____

Initials of Preparer   pg